FILED

08/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0316

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0316

PERKINS FAMILY HOLDINGS,
LLC, a Montana Limited Liability
Company

        Appellant,

    vs.

SNOWGHOST BUILDERS, LLC, a
Montana Limited Liability Company,

        Appellee.

**ORDER**

The Court, having reviewed Appellant's Unopposed Motion to Extend Briefing Schedule, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall have up to and including September 30, 2022 to file its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 1 2022